UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

Case No. 15-cr-20242
Hon. Matthew F. Leitman

v.

RANDALL HANNAH,

Defendant.

______________________________________/

**ORDER DENYING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE (ECF No. 84)**

Defendant Randall Hannah has moved for early termination of supervised release. For the reasons explained in the Government's response to the motion, the motion is **DENIED**. The Court commends Hannah on his good work on supervised release so far, but the Court concludes that additional time on supervised release is warranted for the reasons outlined by the Government. Hannah may re-apply for early termination after serving substantially more of his term of supervised release, and the Court will re-evaluate its circumstances at that time.

**IT IS SO ORDERED.**

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: November 19, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 19, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126